RECOMMENDED FOR PUBLICATION
Pursuant to Sixth Circuit I.O.P. 32.1(b)
File Name: 24a0171p.06

# UNITED STATES COURT OF APPEALS

## FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

*Plaintiff-Appellee*,

*v.*

No. 23-3466

TYREN L. CERVENAK,

*Defendant-Appellant*.

On Petition for Rehearing En Banc
United States District Court for the Northern District of Ohio at Cleveland.
No. 1:22-cr-00204-1—John R. Adams, District Judge.

Decided and Filed: August 9, 2024

Before: SUTTON, Chief Judge; MOORE, CLAY, GIBBONS, GRIFFIN,
KETHLEDGE, STRANCH, THAPAR, BUSH, LARSEN, NALBANDIAN,
READLER, MURPHY, DAVIS, MATHIS, and BLOOMEKATZ, Circuit Judges.

_____

**COUNSEL**

_____

**ON PETITION FOR REHEARING EN BANC:** Catherine Adinaro Shusky, OFFICE OF THE
FEDERAL PUBLIC DEFENDER, Cleveland, Ohio, for Appellant. **ON RESPONSE:** Jason
Manion, UNITED STATES ATTORNEY'S OFFICE, Cleveland, Ohio, for Appellee.

_____

**ORDER**

_____

A majority of the Judges of this Court in regular active service has voted for rehearing en banc
of this case. Sixth Circuit Rule 35(b) provides as follows:

> A decision to grant rehearing en banc vacates the previous opinion and judgment
> of the court, stays the mandate, and restores the case on the docket as a pending
> appeal.

Accordingly, it is ORDERED that the previous decision and judgment of this court are vacated, the mandate is stayed, and this case is restored to the docket as a pending appeal.

**ENTERED BY ORDER OF THE COURT**

_____

Kelly L. Stephens, Clerk